AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JULIO GONZALEZ GONGORA,

Petitioner,

v.

WARDEN USP ATLANTA,

Respondent,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV322-164

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated January 17, 2023, the Report and Recommnedation of the Magistrate Judge is adopted as the opinion of the Court. The petitioner's 28 U.S.C. § 2241 petition is dismissed without prejudice. This action stands closed.



January 17, 2023
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020